UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILLIARD WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>JAROM A. DASZKO, et al.,<br><br>    Defendants. | No.  2:14-cv-1248 KJM AC P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  By order filed March 14, 2016, the district judge adopted the undersigned's findings and recommendations, and thereby denied defendants' respective motions for summary judgment premised on plaintiff's alleged failure to exhaust his administrative remedies.  See ECF Nos. 37, 39.  Accordingly, this case proceeds on plaintiff's Eighth Amendment claims that defendants Daszko and Mathis were deliberately indifferent to plaintiff's serious medical needs.

Before setting deadlines in this case for further discovery and dispositive motions, the court would like to determine the parties' willingness to participate in an early settlement conference.

////

////

Accordingly, IT IS HEREBY ORDERED that, within fourteen (14) days after service of this order, plaintiff and each defendant shall file separate statements that address the following:

1. Whether a settlement conference may be helpful in resolving this action and, if so, whether each party is amenable to participating in such conference;

2. If affirmative, whether each party waives the disqualification of the undersigned magistrate judge to conduct the settlement conference, or requests that another magistrate judge be assigned for that purpose; and

3. If affirmative, each party shall identify any dates within the next six months when they are *not* available to participate in a settlement conference.

DATED: March 15, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE