UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILLIARD WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>JAROM A. DASZKO, et al.,<br><br>    Defendants. | No. 2:14-cv-1248 KJM AC P<br><br><br>ORDER APPOINTING COUNSEL |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action filed pursuant to 42 U.S.C. § 1983.  On August 10, 2016, plaintiff filed a motion to appoint counsel.  ECF No. 62.  The court finds that the appointment of counsel is warranted.  Wesley M. Griffith, L. David Russell, and Alexander M. Smith have been selected from the court's pro bono attorney panel to represent plaintiff and have agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to appoint counsel (ECF No. 62) is granted and Wesley M. Griffith, L. David Russell, and Alexander M. Smith are appointed as counsel in the above entitled matter.

2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov, if they have any questions related to the appointment.

3. The Clerk of the Court is directed to serve a copy of this order on Wesley M. Griffith, L.

1

David Russell, and Alexander M. Smith, Jenner & Block LLP, 633 W 5th St., Suite 3600, Los Angeles, CA 90071.

DATED: November 14, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE