1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   HILLIARD WILLIAMS,                        No.  2:14-cv-1248 KJM AC P

12              Plaintiff,

13        v.                                   ORDER TO SHOW CAUSE

14   JAROM A. DASZKO, et al.,

15              Defendants.

16

17        Plaintiff's pro bono counsel, appointed mid-November 2016, has timely filed a motion to

18   extend the discovery deadline in this case, which expired on March 31, 2017.  See ECF No. 70.

19   This is the first request for extended time by plaintiff's counsel.  Unable to obtain a stipulation to

20   extend discovery from counsel for either of the two defendants, plaintiff's counsel filed the

21   pending motion and set the matter for hearing on May 10, 2017.  In the interests of expediting this

22   matter, the court issues this order to show cause based on the following initial findings.

23        Plaintiff's motion sets forth persuasive reasons, without apparent prejudice to defendants,

24   for extending discovery in this case for a period of ninety days.  See Fed. R. Civ. P. 16(b)(4)

25   (schedule may be modified for good cause).  The court notes that the duration of this action is not

26   unique for prisoner civil rights cases, particularly those involving claims of deliberate

27   indifference to serious medical needs.  Plaintiff's motion also seeks an order of this court

28   directing defendants to provide any information subject to Initial Disclosure under Rule 26(a)(1),

1   Federal Rules of Civil Procedure, particularly the contact information for two material medical

2   witnesses.  It appears that defendants have been unwilling to provide the requested information

3   without an order of this court, on the ground that this action was commenced in pro se, which has

4   caused further delay.  The appointment of pro bono counsel in prisoner civil rights cases is

5   intended to achieve, in cooperation with defense counsel, the disclosure of all relevant

6   information in ways that plaintiff is less capable of achieving on his own.

7       Accordingly, due to the potential merit of the pending motion on initial review, IT IS

8   HEREBY ORDERED that:

9       1.  Defendant's respective counsel shall, within fourteen (14) days after the filing date of

10  this order, file and serve a statement showing cause why plaintiff's motion should not be granted

11  in full.

12      2.  Plaintiff's counsel may, within five (5) days after the filing date of each defendant's

13  statement, file and serve a reply.

14      3.  The May 10, 2017 hearing on plaintiff's motion shall remain scheduled until further

15  order of this court; however, the briefing schedule set forth in Local Rule 230 shall not apply.

16      SO ORDERED.

17  DATED: April 4, 2017

18  _____

19  ALLISON CLAIRE
    UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28