1 | **JENNER & BLOCK LLP**
2 | L. David Russell (Cal. Bar No. 260043)
  | drussell@jenner.com
3 | Wesley M. Griffith (Cal. Bar No. 286390)
  | wgriffith@jenner.com
4 | Alexander M. Smith (Cal. Bar No. 295187)
  | asmith@jenner.com
5 | Calvin R. Mohammadi (Cal. Bar No. 313675)
  | cmohammadi@jenner.com
6 | 633 West 5th Street, Suite 3600
7 | Los Angeles, California 90071
  | Telephone: (213) 239-5100
8 | Facsimile: (213) 239-5199

9 | *Pro Bono* Attorneys for Plaintiff
  | Hilliard Williams

10 | (Additional counsel on signature page)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILLIARD WILLIAMS,<br><br>              Plaintiff,<br><br>   v.<br><br>DR. JAROM A. DASZKO, M.D.; DR. DAVID MATHIS, M.D.; and DOES 1-25, inclusive, in their individual and official capacities,<br><br>              Defendants | Case No. 2:14-cv-1248 KJM AC<br><br>**JOINT STIPULATION AND** ~~**PROPOSED**~~ **ORDER REGARDING DEADLINE FOR EXPERT DISCOVERY** |

## STIPULATION

WHEREAS:

(1) The parties in this Section 1983 action anticipate the potential that one or more of the parties will offer expert testimony in this action;

(2) On May 2, 2017, the Court issued an Order setting a discovery deadline in this action of August 4, 2017, which did not distinguish between fact and expert discovery;

(3) Federal Rule of Civil Procedure 26(a)(2)(D)(i) provides that, absent a stipulation or court order, disclosures of expert testimony must be made at least 90 days before the date set for trial;

(4) The Court has not yet set a trial date in this action;

(5) In the absence of a court-ordered expert discovery deadline, the parties agree that, for the avoidance of doubt, it is prudent to memorialize their understanding of the deadline for expert discovery in writing;

NOW, THEREFORE, IT IS STIPULATED AND AGREED that, until and unless the Court issues an Order setting forth a separate expert discovery deadline, the deadline for disclosures of expert testimony shall be 90 days before the trial date ultimately set by the Court.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: August 2, 2017    JENNER & BLOCK LLP

BY: /s/    L. David Russell
           L. David Russell

*Pro Bono* Attorneys for Plaintiff
HILLIARD WILLIAMS

Dated: August 2, 2017    ATTORNEY GENERAL OF CALIFORNIA

BY: /s/    Joseph R. Wheeler
           (as authorized on July 31, 2017)
           Joseph R. Wheeler

Attorneys for Defendant
DR. DAVID MATHIS, M.D.

| | | |
|---|---|---|
| Dated: August 2, 2017 | | ANGELO, KILDAY & KILDUFF, LLP |

BY: /s/    Kevin J. Dehoff
     (as authorized on August 1, 2017)
     Kevin J. Dehoff

Attorneys for Defendant
DR. JAROM A. DASZKO, M.D.

**IT IS SO ORDERED.**

Dated: August 10, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE