UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILLIARD WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAROM A. DASZKO, et al.,<br><br>　　　　　Defendants. | No. 2:14-cv-1248 KJM AC P<br><br><br><br>ORDER |

Upon consideration of the parties' amended stipulation filed September 22, 2017, and the court's own schedule, the court issues the following order. The court approves the parties' stipulated request for extension of the dispositive motion deadline and their proposed briefing schedule, with the exception of extending the deadline for reply briefs by one week, and extending the date of hearing by two weeks to Wednesday, January 24, 2018.

Accordingly, IT IS HEREBY ORDERED that:

1. The dispositive motion deadline is extended to November 29, 2017.

2. All dispositive motions shall be filed and served on or before November 29, 2017, and shall be noticed for hearing before the undersigned on January 24, 2018.

3. Briefs in opposition to the dispositive motions shall be filed and served on or before December 20, 2017.

4. Reply briefs shall be filed and served on or before January 10, 2017.

5. These matters shall be scheduled for hearing before the undersigned on Wednesday, January 24, 2018, at 10:00 a.m., in Courtroom No. 26.

SO ORDERED.

DATED: September 22, 2017.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE