UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILLIARD WILLIAMS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JAROM A. DASZKO, et al.,<br><br>　　　　　　Defendants. | No. 2:14-cv-1248 KJM AC P<br><br><br>ORDER |

Plaintiff, a state prisoner, proceeds with appointed counsel in this civil rights action alleging deliberate indifference to plaintiff's serious medical needs by defendant physicians Mathis and Daszko.

On November 28, 2017, defendant Daszko filed a request to file portions of plaintiff's medical records under seal pursuant to Local Rule 141; the records have been submitted *in camera* as attachments to the anticipated declaration of Daszko's counsel in support of defendant's motion for summary judgment. See ECF No. 87. Defendant's counsel informs the court that all parties entered into a joint stipulation earlier this year to protect the confidentiality of plaintiff's medical records, and has provided the court with a copy of the stipulation.

Although the parties are free to enter into such agreements without a court order, plaintiff's medical records are essential to address the merits of this action – in the parties' briefing, at oral argument, and in the court's orders and findings and recommendations. While

the court will permit the parties to file plaintiff's medical records under seal, thus protecting the original documents from public view, the court will place no restrictions on subsequent references to, or reliance on, plaintiff's medical records in the parties' briefing, at oral argument, or in the court's written references and analyses.

Subject to these limitations, IT IS HEREBY ORDERED that defendant Daszko's request to file under seal the documents designated Exhibits "D," "E," "F," and "H" to the declaration of his counsel, Mr. Keven J. Dehoff, is GRANTED. The Clerk of Court is directed to file under seal Exhibits "D," "E," "F," and "H" submitted in support of the Declaration of Attorney Keven J. Dehoff. The documents will be destroyed or returned to defendant Mathis' counsel at the close of this case.

IT IS SO ORDERED.

DATED: November 28, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE