**JENNER & BLOCK LLP**
Kenneth K. Lee (Cal. Bar No. 264296)
klee@jenner.com
Wesley M. Griffith (Cal. Bar No. 286390)
wgriffith@jenner.com
Alexander M. Smith (Cal. Bar No. 295187)
asmith@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

Attorneys for Plaintiff
Hilliard Williams

(Additional counsel on signature page)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILLIARD WILLIAMS, <br><br> Plaintiff, <br><br> v. <br><br> DR. JAROM A. DASZKO, M.D.; DR. DAVID MATHIS, M.D.; and DOES 1-25, inclusive, in their individual and official capacities, <br><br> Defendants | Case No. 2:14-cv-1248 KJM AC <br><br> The Honorable Allison Claire <br><br> **JOINT STIPULATION AND <u>ORDER</u> RE: DEADLINE TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS & RECOMMENDATIONS** |

STIPULATION

# **STIPULATION**

WHEREAS:

(1) Defendant David Mathis, M.D. filed a motion for summary judgment on November 29, 2017 (ECF No. 92);

(2) On June 5, 2018, Magistrate Judge Claire issued Findings & Recommendations in which she recommended that Dr. Mathis's motion for summary judgment be denied (ECF No. 104);

(3) Dr. Mathis's deadline to file objections to the Findings & Recommendations is currently June 26, 2018;

(4) Due to scheduling conflicts, all four of Mr. Williams' attorneys will be unavailable during the week of June 25, which is the week in which they would need to prepare a response to Dr. Mathis's objections;

(5) In the interest of averting those scheduling conflicts, the parties agree that a brief extension of Dr. Mathis's time to file objections to the Findings & Recommendations is appropriate:

NOW, THEREFORE, IT IS STIPULATED AND AGREED that:

(1) Dr. Mathis shall file his Objections to the Magistrate Judge's Findings & Recommendations on or before July 3, 2018;

(2) Plaintiff shall file a response to Dr. Mathis's objections on or before July 10, 2018, regardless of the date on which Dr. Mathis files his objections.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: June 19, 2018                    JENNER & BLOCK LLP

                                        BY: /s/    Kenneth K. Lee
                                                   Kenneth K. Lee

                                        *Pro Bono* Attorneys for Plaintiff

Dated: June 19, 2018         ATTORNEY GENERAL OF CALIFORNIA

BY: /s/    Joseph R. Wheeler
    Joseph R. Wheeler
    (as authorized on June 18, 2018)

Attorneys for Defendant
DR. DAVID MATHIS, M.D.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 19, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE