UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILLIARD WILLIAMS, | No. 2:14-cv-1248 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| JAROM A. DASZKO, et al., | |
| Defendants. | |

By order filed March 31, 2019, the district judge adopted the undersigned's findings and recommendations filed June 5, 2018, thus granting defendant Daszko's motion for summary judgment and denying defendant Mathis' motion for summary judgment. See ECF No. 112. This case will now proceed to trial before United States District Judge Kimberly J. Mueller on plaintiff's Eighth Amendment medical deliberate indifference claim against sole remaining defendant Mathis. Both parties are represented by counsel. Before requiring substantive pretrial statements, the parties will be directed to inform the court of the estimated length of trial and to identify any "black out" dates when either party or their counsel is unavailable through September 2020.

Accordingly, IT IS HEREBY ORDERED that, within fourteen (14) days after the filing date of this order, the parties shall file a joint statement informing the court of the estimated

////

length of trial and identifying all known "black out" dates when either party or their counsel is
unavailable through October 2020.

     IT IS SO ORDERED.

DATED: April 8, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE