UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILLIARD WILLIAMS, | No. 2:14-cv-1248 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| JAROM A. DASZKO, et al., | |
| Defendants. | |

Counsel for both parties in this prisoner civil rights action have requested a trial at the earliest available date. In consideration of this request and the "black out" dates provided by counsel, the Honorable Kimberly J. Mueller has scheduled the final pretrial conference for May 31, 2019 at 10:00 a.m., and trial to commence Monday, June 24, 2019, at 1:30 p.m., both in Courtroom No. 3. Accordingly, the parties must prepare and submit their joint pretrial statement within shortened time. The court notes that, because plaintiff was recently released from prison, see ECF No. 115 at 2, issuance of a writ ad testificandum is not required.

Accordingly, IT IS HEREBY ORDERED that on or before Friday, May 10, 2019, the parties shall file a Joint Pretrial Statement that fully addresses, without providing any exhibits at this time, each of the matters set forth in Local Rule 281(b).

DATED: April 23, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE