UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILLIARD WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>JAROM A. DASZKO, et al.,<br><br>Defendants. | No. 2:14-cv-1248 AC P<br><br><br><br>ORDER |

The parties have consented to the jurisdiction of the undersigned magistrate for all purposes pursuant to 28 U.S.C. § 636(c). See ECF Nos. 120, 121. Accordingly, IT IS HEREBY ORDERED that:

1. A jury trial shall commence before the undersigned on Monday, August 26, 2019, at 9:00 a.m., in Courtroom No. 26.

2. Pretrial conference is scheduled for Wednesday, August 7, 2019, at 10:00 a.m., in Courtroom No. 26.

3. The parties shall file a Joint Pretrial Statement on or before Monday, July 22, 2019, that fully addresses each of the matters set forth in Local Rule 281(b); no exhibits shall be submitted at this time.

DATED: May 3, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE